UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-20267-CIV-MORENO

RAFAEL HERRERA,

        Plaintiff,

vs.

MATTRESS FIRM, INC., EDWIN V. DELIVERY
SERVICES, INC., and EDWIN VINDAS,

        Defendants.
_____/

## ORDER APPROVING FAIR LABOR STANDARDS ACT SETTLEMENTS

THIS CAUSE came before the Court upon Joint Motion for Approval of Settlement Agreements **(D.E. 21)**, filed on **June 6, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Settlements are APPROVED as follows:

- As to Defendant Mattress Firm **(D.E. 21 Ex. A)**:
    - Plaintiff shall receive **$14,000**
    - Plaintiff's counsel shall receive **$8,000**
- As to Defendants Vindas and Edwin Delivery Services, Inc. **(D.E. 21 Ex. B)**:
    - Plaintiff shall receive **$5,500**
    - Plaintiff's counsel shall receive **$1,500**

It is further:

**ADJUDGED** that the case be closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 of June 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record